[Docket Nos. 66, 69, 72, 73, 89, 92, 93, 105]

## 2IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

CHRISTIANA ITIOWE,

    Plaintiff, appearing *pro se*,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

Civil No. 20-18516 (RMB/SAK)

**ORDER**

**BUMB, U.S. District Judge**

As set forth in the accompanying Opinion of today's date, Plaintiff has repeatedly failed to state a plausible claim showing that she is entitled to relief for any of her alleged Constitutional or federal statutory claims. In fact, Plaintiff's claims are barred by the *Rooker-Feldman* doctrine and applicable doctrines of immunity.

Accordingly, **IT IS** on this this <u>**14th**</u> day of <u>**December 2022**</u>, hereby

**ORDERED** that the pending Motions to Dismiss by the Defendants [Docket Nos. Docket Nos. 66, 69, 72, 73, and 89] are **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Plaintiff's pending Motions for Default Judgment [Docket Nos. 92, 93, and 105] are **DISMISSED AS MOOT**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE THIS CASE**.

<u>December 14, 2022</u>           s/Renée Marie Bumb
Date           Renée Marie Bumb
         U.S. District Judge